RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 03/03/06

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-60047 |
| VS. | JUDGE DOHERTY |
| MICKEY MARCELL PATT | MAGISTRATE JUDGE METHVIN |

### ORDER GRANTING WITHDRAWAL OF MOTION TO LIMIT OR SUPPRESS GOVERNMENT'S USE OF OTHER CRIMES EVIDENCE PURSUANT TO F.R.E. 404(b)
*(Rec Doc. 41)*

Before the court is defendant Mickey Marcell Patt's motion to limit or suppress the government's use of other crimes evidence pursuant to F.R.E. §404(B), filed on November 21, 2005.[1] On February 17, 2006, counsel for Patt, Peter John, informed the undersigned that he inadvertently filed a second motion to suppress on November 29, 2005 that is identical to the motion filed on November 21, 2005.[2] In a letter dated February 17, 2006, Mr. John requests that the motion filed on November 21, 2005 be withdrawn, as he would like to urge the motion filed on November 29, 2005.[3]

Considering the foregoing,

**IT IS HEREBY ORDERED** that defendant Mickey Marcell Patt's motion to limit or

---

[1] Rec. Doc. 41.

[2] Rec. Doc. 47.

[3] See letter from Mr. John's secretary, attached hereto as Exhibit "A."

suppress the government's use of other crimes evidence pursuant to F.R.E. §404(B), filed on November 21, 2005 (Rec. Doc. 41), is hereby **WITHDRAWN AND STRICKEN FROM THE RECORD.**

Signed at Lafayette, Louisiana on February /___, 2006.

Mildred E. Methvin
United States Magistrate Judge
800 Lafayette St., Suite 3500
Lafayette, Louisiana 70501
(337) 593-5140 (phone) 593-5155 (fax)