RECEIVED
JUN 19 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 05-60047 |
| VERSUS | JUDGE DOHERTY |
| MICKEY MARCELL PATT | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, having considered defendants' response of no objection to the Magistrate's findings and after an independent review of the entire record, this Court adopts the Magistrate Judge's findings. Accordingly,

IT IS ORDERED that the defendant's Motion to Require the United States to Reveal any Agreement Entered Into Between the United States and Prosecution Witness [Doc. 39] is DENIED.

IT IS FURTHER ORDERED that defendant's Motion to Limit or Suppress Government Use of Other Crimes Evidence Pursuant to F R E 404(B) [Doc. 47] is DENIED.

Lafayette, Louisiana, this 19 day of _____, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE