**RECEIVED**

NOV 22 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE – OPELOUSAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 6:05-cr-60047-01 |
| | CIVIL NO. 6:09-cr-1997 |
| VERSUS | JUDGE DOHERTY |
| MICKEY MARCEL PATT | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Patt's motion to vacate, set aside, or correct his sentence (Rec. Doc. 155) be **DENIED**.

Lafayette, Louisiana, this 22 day of November, 2010.

Rebecca F. Doherty
United States District Judge